AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Joccelyn Jasmin RECIO (01) | ) Case No. 5:23-MJ-00419-01 |
| Victor Martin SERRANO Carrillo (02) | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 17 and 28, 2023** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Did knowingly conspire with known and unknown persons to commit an offense against the United States or to defraud the United States. |
| 18 U.S.C. § 554 | Fraudulent or knowingly to attempt to export or send from the United States, any merchandise, article, or object, namely, firearms, ammunition, magazines, contrary any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any raw or regulation of the United States. |
| 18 U.S.C. § 922 (g)(1) | Knowingly in pcssession of firearm by previously convicted felon |

This criminal complaint is based on these facts:

Please see attachment A

☑ Continued on the attached sheet.

/s/ Gustavo Lopez
*Complainant's signature*

Submitted by reliable electronic
means per Fed.R.Crim.P. 4.1, Gustavo Lopez
sworn to and signature attested
telephonically on March 3, 2023,
at Laredo, Texas.

*Diana Song Quiroga* (signature)
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

## Attachment A

I am a Special Agent of the United States with Homeland Security Investigations (HSI) and am knowledgeable of the following facts:

1. On February 9, 2023, Homeland Security Investigations (HSI) and the Bureau of Alcohol Tobacco, Firearms, and Explosives (ATF) initiated an investigation of an individual who was selling firearms to individuals from Mexico. The individual selling firearms was identified as Joccelyn Jasmin RECIO, a United States citizen (USC). Record checks revealed RECIO is a convicted felon

2. In 2016, in Case number: 5:15CR01017-001, Southern District of Texas, Laredo Division, RECIO pleaded guilty to the federal felony crime of Transport and Attempt to Transport Undocumented Aliens for Financial Gain, pursuant to 8 USC 1324, which is punishable by imprisonment for up to 10 years. RECIO was sentenced to a custodial term of 18 months.

3. On February 17, 2023, RECIO agreed to sell firearms to an HSI Agent who, unknown to RECIO was acting in an undercover capacity (UC). During the control buy, agents observed RECIO personally hand deliver two pistols, a rifle, ammunition and a pistol magazine to the UC whom RECIO believed was going to smuggle the firearms to Mexico. The transaction took place at the 5300 block of San Dario Avenue in Laredo, Texas. RECIO was paid $3,000 USD for the following items:

    - Ruger, 9-millimeter rifle with serial number 470-13707
    - Glock, 43, 9-millimeter pistol with AGSX935
    - Taurus, G2C, .40 caliber pistol with serial number ADK788660
    - 31 Rounds of assorted ammunition
    - One Ruger 9-millimeter magazine

4. On February 28, 2023, RECIO once agreed to sell firearms to the UC. RECIO arrived as a passenger in a Chrysler 200. The driver was identified as Victor Martin SERRANO-Carrillo, a Mexican national, illegally in the United States. During the controlled buy, RECIO arrived and delivered several firearms and to the UC. Agents observed that RECIO had a pistol on her waistband and handed it to the UC. RECIO then used her cellphone called someone on her cell phone and requested additional firearms be delivered. Shortly thereafter, a juvenile subject arrived in his own vehicle. RECIO goes to the juvenile subject's car, and returns with two pistols which she personally handed to the UC. The juvenile subject then approached the UC personally handed the loaded (round in the chamber) Anderson AM15 rifle to the UC. RECIO introduced the juvenile subject to the UC as the buyer from Mexico. While waiting for the additional firearms to arrive, the UC told RECIO that these firearms were also intended to be delivered to Mexico, as previously discussed in previous communications. RECIO advised that she could not smuggle the firearms to Mexico herself because she did not have anyone she trusted, but could provide the UC additional firearms.

5. RECIO was going to be paid $5,500 USD. RECIO was involved with the sale of the following items:

    - Smith & Wesson, M&P 9 mm pistol with serial number NBJ4419
    - Glock 27, 40 caliber pistol, with serial number RUA650
    - CZ 75 P-01 Berretta pistol with serial number C824009
    - Anderson SBR AM15 with serial number 22090425
    - Five magazines
    - 92 Rounds of assorted ammunition

6. During the sale of the firearms, agents arrested RECIO and Victor Martin SERRANO-Carrillo. Both subjects were read their Miranda rights and RECIO stated she did not want to make a statement. SERRANO-Carrillo waived his *Miranda* rights and stated he wanted to make a statement.

7. SERRANO-Carrillo admitted that he is a Mexican citizen and does not have any legal documents that would allow him to be in or remain in the United States. SERRANO-Carrillo stated he knew he was not allowed to possess or purchase a firearm due to his immigration status. SERRANO-Carrillo admitted he transported RECIO along with the firearms for the February 17, 2023, transaction to a parking lot where RECIO sold two pistols and one rifle. SERRANO-Carrillo admitted to agents that at while RECIO delivered the pistols to the UC, SERRANO-Carillo obtained the Ruger rifle and personally handed it to RECIO who handed it to the UC. SERRANO-Carrillo stated that RECIO paid him $100 USD per firearm for his assistance.

8. SERRANO-Carillo stated that on February 28, 2023, he picked up RECIO and transported her and a firearm to a parking lot located by the 7500 block of San Dario Avenue in Laredo, Texas. SERRANO-Carillo admitted that he was aware that RECIO was going to sell the firearm. SERRANO-Carillo admitted he assisted RECIO in locating firearms from other suppliers for further sale by RECIO.

9. All the firearms, magazines, and ammunition were seized by HSI and ATF. They are listed on the Commerce Control List and are illegal to export without a license and/or declaration.