United States Courts
Southern District of Texas
FILED
*March 21, 2023*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. L-23-CR- 263 |
| | § | |
| JOCCELYN JASMIN RECIO | § | DS |
| VICTOR MARTIN SERRANO CARRILLO | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

From on or about February 17, 2023, through on or about February 28, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**JOCCELYN JASMIN RECIO and
VICTOR MARTIN SERRANO CARRILLO,**

did knowingly conspire and agree with each other and with persons known and unknown to the grand jurors to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)), including at least one of the following firearms:

| Item No. | Manufacturer / Importer (if any) | Model Name | Caliber | Firearm type | Serial Number |
| --- | --- | --- | --- | --- | --- |
| 1. | Sturm, Ruger & Company Incorporated, AKA: ***Ruger*** | PC Carbine | 9-millimeter | Rifle | 470-13707 |
| 2. | Glock Incorporated USA, AKA: ***Glock*** | 43 | 9-millimeter | Pistol | AGSX935 |
| 3. | Taurus Forjas S.A. / Taurus International Manufacturing, Incorporated, AKA: ***Taurus*** | PT-140 G2c | .40 | Pistol | ADK788660 |
| 4. | ***Smith & Wesson*** | M&P 9 | 9-millimeter | Pistol | NBJ4419 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Glock GmbH / Glock Incorporated USA, AKA: *Glock* | 27 | .40 | Pistol | RUA650 |
| 6. | Česká Zbrojovka Group / CZ-USA, AKA: *CZ* | CA75 P-01 | 9-millimeter | Pistol | C824009 |
| 7. | Anderson Manufacturing, AKA: *Anderson Arms* | AM-15 | Multi-caliber | Rifle | 2209425 |

In violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## COUNT TWO

From on or about February 17, 2023, through on or about February 28, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

### JOCCELYN JASMIN RECIO,

knowing that she had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed at least one of the following firearms:

| Item No. | Manufacturer / Importer (if any) | Model Name | Caliber | Firearm type | Serial Number |
|---|---|---|---|---|---|
| 1. | Sturm, Ruger & Company Incorporated, AKA: *Ruger* | PC Carbine | 9-millimeter | Rifle | 470-13707 |
| 2. | Glock Incorporated USA, AKA: *Glock* | 43 | 9-millimeter | Pistol | AGSX935 |
| 3. | Taurus Forjas S.A. / Taurus International Manufacturing, Incorporated, AKA: *Taurus* | PT-140 G2c | .40 | Pistol | ADK788660 |
| 4. | *Smith & Wesson* | M&P 9 | 9-millimeter | Pistol | NBJ4419 |
| 5. | Glock GmbH / Glock Incorporated USA, AKA: *Glock* | 27 | .40 | Pistol | RUA650 |
| 6. | Česká Zbrojovka Group / CZ-USA, AKA: *CZ* | CA75 P-01 | 9-millimeter | Pistol | C824009 |
| 7. | Anderson Manufacturing, AKA: *Anderson Arms* | AM-15 | Multi-caliber | Rifle | 2209425 |

and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE

From on or about February 17, 2023, through on or about February 28, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**VICTOR MARTIN SERRANO CARRILLO,**

knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed at least one of the following firearms:

| Item No. | Manufacturer / Importer (if any) | Model Name | Caliber | Firearm type | Serial Number |
|---|---|---|---|---|---|
| 1. | Sturm, Ruger & Company Incorporated, AKA: *Ruger* | PC Carbine | 9-millimeter | Rifle | 470-13707 |
| 2. | Glock Incorporated USA, AKA: *Glock* | 43 | 9-millimeter | Pistol | AGSX935 |
| 3. | Taurus Forjas S.A. / Taurus International Manufacturing, Incorporated, AKA: *Taurus* | PT-140 G2c | .40 | Pistol | ADK788660 |
| 4. | *Smith & Wesson* | M&P 9 | 9-millimeter | Pistol | NBJ4419 |
| 5. | Glock GmbH / Glock Incorporated USA, AKA: *Glock* | 27 | .40 | Pistol | RUA650 |
| 6. | Česká Zbrojovka Group / CZ-USA, AKA: *CZ* | CA75 P-01 | 9-millimeter | Pistol | C824009 |
| 7. | Anderson Manufacturing, AKA: *Anderson Arms* | AM-15 | Multi-caliber | Rifle | 2209425 |

and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## COUNT FOUR

On or about February 28, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**JOCCELYN JASMIN RECIO and
VICTOR MARTIN SERRANO CARRILLO,**

did fraudulently and knowingly attempt to export and send from the United States to the United Mexican States, merchandise, articles, and objects, at least one of the following items:

| Item No. | Manufacturer / Importer (if any) | Model Name | Caliber | Firearm type | Serial Number |
|---|---|---|---|---|---|
| 1. | Sturm, Ruger & Company Incorporated, AKA: *Ruger* | PC Carbine | 9-millimeter | Rifle | 470-13707 |
| 2. | Glock Incorporated USA, AKA: *Glock* | 43 | 9-millimeter | Pistol | AGSX935 |
| 3. | Taurus Forjas S.A. / Taurus International Manufacturing, Incorporated, AKA: *Taurus* | PT-140 G2c | .40 | Pistol | ADK788660 |
| 4. | *Smith & Wesson* | M&P 9 | 9-millimeter | Pistol | NBJ4419 |
| 5. | Glock GmbH / Glock Incorporated USA, AKA: *Glock* | 27 | .40 | Pistol | RUA650 |
| 6. | Česká Zbrojovka Group / CZ-USA, AKA: *CZ* | CA75 P-01 | 9-millimeter | Pistol | C824009 |
| 7. | Anderson Manufacturing, AKA: *Anderson Arms* | AM-15 | Multi-caliber | Rifle | 2209425 |

|   | Description |
|---|---|
| 8. | Approximately six pistol magazines |
| 9. | Approximately123 live rounds of assorted ammunition |

contrary to the laws and regulations of the United States, to wit: Title 50, United States Code, Section 4819(a)(2) and (b) and Title 15, Code of Federal Regulations Section 730, et. seq., and did receive, conceal, buy, sell, and in any manner facilitated the transportation, concealment, and sale of said merchandise, articles, and objects, prior to exportation, knowing the same to be intended for exportation contrary to said laws and regulations of the United States, in violation of Title 18, United States Code, Sections 554 and 2.

### NOTICE OF HOLDINGS SUBJECT TO FORFEITURE

**18 U.S.C. §§ 933 and 922(g)**
**(Counts One, Two or Three)**

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 the United States gives notice to defendants,

**JOCCELYN JASMIN RECIO and**
**VICTOR MARTIN SERRANO CARRILLO,**

that upon conviction of a violation of Title 18, United States Code, Section 933 or 922(g), as charged in this Indictment, all firearms, ammunition, and related items involved in said violation are subject to forfeiture, including but not limited to the following:

| Item No. | Manufacturer / Importer (if any) | Model Name | Caliber | Firearm type | Serial Number |
|---|---|---|---|---|---|
| 1. | Sturm, Ruger & Company Incorporated, AKA: *Ruger* | PC Carbine | 9-millimeter | Rifle | 470-13707 |
| 2. | Glock Incorporated USA, AKA: *Glock* | 43 | 9-millimeter | Pistol | AGSX935 |
| 3. | Taurus Forjas S.A. / Taurus International Manufacturing, Incorporated, AKA: *Taurus* | PT-140 G2c | .40 | Pistol | ADK788660 |
| 4. | *Smith & Wesson* | M&P 9 | 9-millimeter | Pistol | NBJ4419 |
| 5. | Glock GmbH / Glock Incorporated USA, AKA: *Glock* | 27 | .40 | Pistol | RUA650 |
| 6. | Česká Zbrojovka Group / CZ-USA, AKA: *CZ* | CA75 P-01 | 9-millimeter | Pistol | C824009 |
| 7. | Anderson Manufacturing, AKA: *Anderson Arms* | AM-15 | Multi-caliber | Rifle | 2209425 |

| | Description |
|---|---|
| 8. | Approximately six pistol magazines |
| 9. | Approximately 123 live rounds of assorted ammunition |

**18 U.S.C. § 554**
**(Count Four)**

Pursuant to 19 U.S.C. § 1595a and 28 U.S.C. § 2461, the United States gives notice to Defendants,

**JOCCELYN JASMIN RECIO and**
**VICTOR MARTIN SERRANO CARRILLO,**

that upon conviction of a violation of 18 U.S.C. § 554, as charged in Count Four of this Indictment, all merchandise attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to:

| Item No. | Manufacturer / Importer (if any) | Model Name | Caliber | Firearm type | Serial Number |
|---|---|---|---|---|---|
| 1. | Sturm, Ruger & Company Incorporated, AKA: *Ruger* | PC Carbine | 9-millimeter | Rifle | 470-13707 |
| 2. | Glock Incorporated USA, AKA: *Glock* | 43 | 9-millimeter | Pistol | AGSX935 |
| 3. | Taurus Forjas S.A. / Taurus International Manufacturing, Incorporated, AKA: *Taurus* | PT-140 G2c | .40 | Pistol | ADK788660 |
| 4. | *Smith & Wesson* | M&P 9 | 9-millimeter | Pistol | NBJ4419 |
| 5. | Glock GmbH / Glock Incorporated USA, AKA: *Glock* | 27 | .40 | Pistol | RUA650 |
| 6. | Česká Zbrojovka Group / CZ-USA, AKA: *CZ* | CA75 P-01 | 9-millimeter | Pistol | C824009 |
| 7. | Anderson Manufacturing, AKA: *Anderson Arms* | AM-15 | Multi-caliber | Rifle | 2209425 |

|  | Description |
|---|---|
| 8. | Approximately six pistol magazines |
| 9. | Approximately 123 live rounds of assorted ammunition |

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
Jose Homero Ramirez
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

**CRIMINAL DOCKET**    L-23-CR- 263

<u>LAREDO</u> DIVISION      NO._____

FILE: 23-01550    MAG#: 23-00419-1 and 23-00419-2

<u>INDICTMENT</u>    Filed: <u>March 21, 2023</u>      Judge:\_\_\_**DS**_____

ATTORNEYS:

UNITED STATES OF AMERICA

<u>ALAMDAR S. HAMDANI, USA</u>

VS.      <u>JOSE HOMERO RAMIREZ, AUSA</u>

**JOCCELYN JASMIN RECIO**
**VICTOR MARTIN SERRANO CARRILLO**

**CHARGE:**

Ct. 1:    Trafficking of firearms
     [18 USC § 933(a)]

Ct. 2:    Possession of Firearm and Ammunition by a person having been convicted of a crime punishable by imprisonment for a term exceeding one year
     [18 USC 922(g)(1), 924(a)(8)]

Ct. 3:    Possession of Firearm and Ammunition by Alien Illegally or Unlawfully in the United States
     [18 USC 922(g)(5)(A), 924(a)(8)]

Ct. 4:    Smuggling Goods from the United States
     [18 USC 554 & 2]

Notice of Forfeiture

**TOTAL COUNTS: 4**

**PENALTY:**

Ct. 1-3:    0 to 15 years and/or $250,000 Fine, $100 special assessment, Not more than a three three-year term of supervised release

Ct. 4:    0 to 10 years and/or $250,000 Fine, $100 special assessment, Not more than three-year term of supervised release